IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:09CR180 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| KIMBERLY ANN HUDSON, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's Motion to Determine Competency (#19), pursuant to 18 U.S.C. § 4241. The motion was heard on July 21, 2009. Appearing at the hearing were the defendant, her counsel, Shannon O'Connor, and Assistant U. S. Attorney Michael Wellman.

Hearing was held and evidence was adduced regarding the defendant's competency to stand trial. The government had no objection. For good cause shown, the motion for a determination of competency will be granted.

**IT IS ORDERED:**

1. Defendant's Motion to Determine Competency (#19) is granted and the examination shall be expedited.

2. Pursuant to 18 U.S.C. § 4241, defendant is committed to the custody of the Attorney General for placement in a suitable facility to be examined for a reasonable period of time, not to exceed thirty (30) days, to determine whether defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

3. A psychiatric or psychological report shall be filed with the court with copies provided to counsel of record at the completion of the period of examination.

4. Upon receipt by the court and counsel of the examination report, a hearing pursuant to 18 U.S.C. § 4247(d) shall be promptly scheduled to determine the competency of the defendant to stand trial in this matter.

DATED this 21st day of July 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge