IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR180 |
| | ) | |
| v. | ) | |
| | ) | |
| KIMBERLY HUDSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 45). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; the sentencing memorandum shall be restricted pursuant to the E-Government Act.

DATED this 19th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court